# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FREDERICK ASHLEY PAUL | § |
| | § Civil Action No. 4:17-CV-657 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| COMMISSIONER, SSA | § |
| | § |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #21) and Commissioner's Response (Dkt. #22), wherein Defendant does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #21) is **GRANTED**, and the Commissioner is directed to pay six thousand, one hundred sixty-six dollars and sixty-three cents ($6,166.63) in fees with such payment made payable to Plaintiff and mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

**SIGNED this the 19th day of March, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE